IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM
FEB 0 3 2016
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 16-283 |
| ) | |
| vs. ) | |
| ) | |
| WALTER EDDINGS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR TEMPORARY CUSTODY OF DEFENDANT

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Prosequendum directed to the Sheriff or Warden of Valencia County Detention Facility, Los Lunas, New Mexico, it is:

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of the Valencia County Detention Facility to surrender WALTER EDDINGS, to the United States Marshal for the District of New Mexico or his representative in order that WALTER EDDINGS, may be taken to the United States Courthouse for the District of New Mexico for prosecution in the above-captioned case before the Honorable United States Magistrate Judge Steven C. Yarbrough on Wednesday, February 17, 2016, at 9:30 a.m. and at such time and place as may later be designated by the Court from time to time thereafter until the federal prosecution in the above-captioned case is concluded in its entirety.

IT IS FURTHER ORDERED that, unless and until WALTER EDDINGS, is sentenced by the State, the United States Marshal is authorized to return WALTER EDDINGS, to the custody

from whence he came during the pendency of this action when his presence is not needed.  If WALTER EDDINGS, is sentenced by the State, the United States Marshal shall not return WALTER EDDINGS, to the State until the federal prosecution in the above-captioned case is concluded.

IT IS FURTHER ORDERED that, if WALTER EDDINGS, is returned from whence he came prior to the conclusion of the federal prosecution in the above-captioned matter, the Sheriff or Warden of the Valencia County Detention Facility shall release WALTER EDDINGS, to the United States Marshal for the District of New Mexico or his representative, from time to time when his presence is required, until the federal prosecution in the above-captioned case is concluded in its entirety.

Upon the conclusion of the federal prosecution in the above-captioned cause, the United States Marshals Service shall return WALTER EDDINGS, to the custody from whence he came, unless otherwise directed.

_____
United States Magistrate Judge